IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOUGLAS J. CHYATTE, | Cause No. CV 21-30-M-DLC |
| Petitioner, | |
| vs. | ORDER |
| BRIAN GOOTKIN, et al., | |
| Respondents. | |

Petitioner Chyatte seeks a third extension of time to reply in support of his application for writ of habeas corpus under 28 U.S.C. § 2254. His request is unopposed. As the Court cannot begin its work until the pleadings are complete, a fourth extension of time is unlikely.

Accordingly, IT IS ORDERED:

1. Chyatte's third motion for extension of time (Doc. 24) is GRANTED. Chyatte must file any reply on or before **February 1, 2022**.

2. All other provisions of the Order of July 7, 2021 (Doc. 10), remain in effect.

DATED this 7th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court